No. 575. Abrams et al. *v.* Scandrett et al., Trustees. February 7, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit de-

nied. *Mr. Meyer Abrams* for petitioners. *Mr. A. N. Whitlock* for respondents.